AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

FILED
APR 26 2012
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | Case No. | 3-12-70474 MAG |
| v. | ) | | |
| | ) | | |
| SKYLER T. MORGAN | ) | Charging District: | Central Dist. of California |
| | ) | | |
| Defendant | | Charging District's Case No. | CC 10 2218060 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>Central District of California<br>Eastern Division<br>3470 Twelfth Street<br>Riverside, CA 92501 | Courtroom No.: Criminal Duty Magistrate Judge |
| | | Date and Time: 5/3/2012 at 8:30 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: April 26, 2012

_____
Judge's signature

LAUREL BEELER, U.S. DISTRICT JUDGE
*Printed name and title*